1  Hillary Arrow Booth (SBN 125936)
   hbooth@boothllp.com
2  Allan P. Bareng (SBN 237464)
   abareng@boothllp.com
3  BOOTH LLP
   11835 W. Olympic Blvd., Suite 600E
4  Los Angeles, CA  90064
   Telephone: (310) 641-1800
5  Facsimile: (310) 641-1818

6  Attorneys for Defendant
   SWIFT TRANSPORTATION CO. OF ARIZONA, LLC
7

8
                   UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10

11 | DEMETRES BERNARD, an         | Case No. EDCV 21-1010-GW-SHKx
       individual,
12 |                              |
                                   **ORDER RE: STIPULATION FOR
13 |        Plaintiff,            | DISMISSAL WITH PREJUDICE
                                   OF DEFENDANT SWIFT
14 |                              | TRANSPORTATION CO. OF
           vs.                     ARIZONA, LLC**
15 |                              | **[F.R.C.P. 41(a)(1)(A)(ii)]**

16 | SWIFT TRANSPORTATION CO. OF
       ARIZONA, LLC, a Delaware LLC;
17     and DOES 1 through 100, inclusive,

18 |                              | Complaint Filed: February 16, 2021
           Defendants.              Removal Date:    June 17, 2021
19 |                              | Trial Date:      None Set

20

21
   / / /
22

23

24

25

26

27

28

                                    1
                 **[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL**

1   Pursuant to the stipulation of the parties under Federal Rule of Civil
2   Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND
3   HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes
4   of action, and parties, with each party bearing that party's own attorney's fees and
5   costs. The Clerk is directed to close the file.
6   Dated: June 23, 2022

_____
Hon. George H. Wu
United States District Judge